UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HENRY LEE LEONARD
(#482279)

CIVIL ACTION

VERSUS

NO. 09-901-BAJ-DLD

JERRY GOODWIN, ET AL

**RULING**

The Court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated August 24, 2011 (doc. 16), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the Petition for Writ of Habeas Corpus (doc. 1) filed by Henry Lee Leonard is hereby denied.

Baton Rouge, Louisiana, September 15, 2011.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA