UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HENRY LEE LEONARD (482279)

VERSUS

JERRY GOODWIN, ET AL

CIVIL ACTION

NO. 09-901-BAJ-DLD

**RULING**

The Court, having carefully considered the petition for writ of habeas corpus, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated August 25, 2011 (doc. 16), and plaintiff's has objection thereto filed November 2, 2011 (doc. 24), hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** the Petition for Writ of Habeas Corpus (doc. 1) filed by Henry Leonard is hereby denied.

Baton Rouge, Louisiana, March 21, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA